Michael Alan Crooker, pro se, 03631-158
Federal Correctional Institution - 1 -
  Victorville
P.O. Box 5300
Adelanto, CA  92301

Attorney for Plaintiff, pro se

FILED
08 AUG 15 PM 12: 37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:          DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC
AUG 1 2 2008

MICHAEL ALAN CROOKER,        )
                             )
             PLAINTIFF,      )
                             )
V.                           )     CASE NO. 08-CV-1351-DMS-RBB
                             )
MIDLAND CREDIT MANAGEMENT,   )
                             )
             DEFENDANT.      )

PLAINTIFF'S MOTION FOR REMAND TO STATE COURT

Plaintiff Crooker moves that this case be retransferred to San Diego County Superior Court from whence it came.

The courts have recognized that the Title 15 U.S.C. consumer protection statutes have concurrent jurisdiction provisions and the plaintiff's choice of forum should be respected. Ruth v. Westinghouse Credit Company, 373 F.Supp. 468 (W.D. Okla. 1974) (Plaintiff's choice of state forum would be upheld and the case would be remanded to state court.); Griffin v. Hooper-Holmes Bureau, Inc., 413 F.Supp. 107 (M.D. Fla. 1976)(When suit was commenced in state court it was "improvident" to allow removal to Federal District Court.)

More recent cases say the same thing. King v. Retailer's National Bank, 388 F.Supp. 2d 913 (N.D. Ill. 2005)("Defendant's

-2-

removal to federal court was improper and the court grants plaintiff's motion to remand."); Harper v. TRW, Inc., 881 F.Supp. 294 (E.D. Mich. 1995)(Removed consumer case remanded back to state court.)

Furthermore, there are state law claims intertwined in the present lawsuit and the pleadings of pro se prisoner litigants should be liberally construed under Haines v. Kerner, 404 U.S. 519 (1972).

Respectfully submitted,

*/s/ Michael Alan Crooker*

Michael Alan Crooker, pro se
Prisoner No. 03631-158
Federal Correctional Institution
P.O. Box 5300
Adelanto, CA 92301

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing to Tina M. Pivonka, Attorney, Mulvaney, Kahan & Barry, 401 West A Street, 17th Floor, San Diego, CA 92101-7994.

Dated: August 6, 2008        S/ *Michael Alan Crooker*