# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN CROOKER,<br><br>                                   Plaintiff,<br>  vs.<br>MIDLAND CREDIT MANAGEMENT,<br><br>                                  Defendant. | CASE NO. 08-CV-1351-DMS-RBB<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

     Pending before the Court is Plaintiff's motion for remand. The motion shall be heard on Friday, October 3, 2008 at 1:30 PM. Any opposition to Plaintiff's motion shall be filed on or before September 19, 2008 and any reply shall be filed on or before September 26, 2008. Unless otherwise ordered, the matter shall be decided on the briefs without oral argument pursuant to Local Civil Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: August 19, 2008

                                                          HON. DANA M. SABRAW<br>                                                          United States District Judge