John A. Mayers, Esq./CSB #149149
Tina M. Pivonka, Esq./CSB #090268
MULVANEY, KAHAN & BARRY
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone: 619 238-1010
Facsimile: 619 238-1981

Attorneys for Defendant MIDLAND CREDIT
MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN CROOKER,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT,<br><br>Defendant. | CASE NO. 08 CV 1351 DMS RBB<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. FOR JUDGMENT ON THE PLEADINGS**<br><br>DATE:  October 3, 2008<br>TIME:  1:30 p.m.<br>CTRM:  10 (Judge Sabraw) |

**TO PLAINTIFF MICHAEL ALAN CROOKER:**

**PLEASE TAKE NOTICE** that on October 3, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 10 of this Court, located at 940 Front Street, San Diego, California  92101, the Honorable Dana Sabraw presiding, Defendant MIDLAND CREDIT MANAGEMENT, INC., erroneously sued as MIDLAND CREDIT MANAGEMENT will and hereby does move this Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the entire action without leave to amend.

This Motion is made on the grounds that the Complaint fails to state a claim for relief and is barred by the doctrine of res judicata.

1  This Motion will be based upon this Notice of Motion and Motion, the
2  accompanying Memorandum of Points and Authorities in Support of the Motion, the
3  Request for Judicial Notice and all exhibits appended thereto, upon all of the records on
4  file in this action, and upon such other and further evidence or argument that the Court
5  may permit at the hearing in this matter.

6  DATED: August 26, 2008          MULVANEY, KAHAN & BARRY

7

8                                  By: _____
                                    John A. Mayers
9                                   Tina M. Pivonka
                                    Attorneys for Defendant MIDLAND CREDIT
10                                  MANAGEMENT, INC., a corporation

12  MCMI.106.191753.1

MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7944
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981