1  John A. Mayers, Esq./CSB #149149
   Tina M. Pivonka, Esq./CSB #090268
2  MULVANEY, KAHAN & BARRY
   401 West A Street, 17th Floor
3  San Diego, CA 92101-7994
   Telephone: 619 238-1010
4  Facsimile: 619 238-1981

5  Attorneys for Defendant MIDLAND CREDIT
   MANAGEMENT, INC.
6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN CROOKER, | CASE NO. 08-CV-1351-DMS-RBB |
| Plaintiff, | |
| v. | DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS |
| MIDLAND CREDIT MANAGEMENT, | |
| Defendant. | |
| | Date: October 3, 2008<br>Time: 1:30 p.m.<br>Ctrm: 10 (Judge Sabraw) |

Defendant MIDLAND CREDIT MANAGEMENT, INC., erroneously sued as MIDLAND CREDIT MANAGEMENT ("Midland"), respectfully submits the following Request for Judicial Notice in Support of its Motion for Judgment on the Pleadings.

Pursuant to Rule 201 of the Federal Rules of Evidence, Midland requests the Court to take judicial notice of the following pleadings and their contents, filed in the United States District Court for the District of Massachusetts (Boston), in Case No. 1:08-cv-10189-RCL, filed by Michael Alan Crooker against Midland Credit Management, Inc.

Exhibit "A"    PACER docket for Case No. 1:08-cv-10189-RCL
Exhibit "B"    Judgment of Dismissal
Exhibit "C"    Complaint Under Fair Debt Collection Act

1

DATED: August 28, 2008

MULVANEY, KAHAN & BARRY

By: _____
John A. Mayers
Tina M. Pivonka
Attorneys for Defendant MIDLAND CREDIT
MANAGEMENT, INC., a corporation

MCMI.106.191752.1

LAW OFFICES
MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7944
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981

2

DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

CLOSED

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:08-cv-10189-RCL

Crooker v. Midland Credit Management, Inc.
Assigned to: Judge Reginald C. Lindsay
Demand: $150,000
Case in other court: Suffolk Superior Court, 07-05439
Cause: 28:1441 Notice of Removal

Date Filed: 02/06/2008
Date Terminated: 04/08/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Michael Alan Crooker**     represented by **Michael Alan Crooker**
03631-158
VICTORVILLE MEDIUM I
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 5300
ADELANTO, CA 92301
PRO SE

V.

**Defendant**

**Midland Credit Management, Inc.**     represented by **Carla C. Ward**
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
260 Franklin Street
14th Floor
Boston, MA 02110-3112
617-460-9633
Fax: 617-423-6917
Email: carla.ward@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Bogaert**
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
260 Franklin Street
14th Floor
Boston, MA 02110-4737
617-422-5300
Fax: 617-423-6917
Email:

**EXHIBIT A**

William.Bogaert@WilsonElser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2008 | | ELECTRONIC NOTICE of Case Assignment. Judge Reginald C. Lindsay assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler (Johnson, Jay) (Entered: 02/06/2008) |
| 02/06/2008 | 1 | NOTICE OF REMOVAL from Suffolk Superior Court, case number 07-5439. (Attachments: # 1 Civil Cover Sheet, # 2 Category Sheet)(Johnson, Jay) Modified on 2/6/2008 (Diskes, Sheila). (Entered: 02/06/2008) |
| 02/06/2008 | 2 | CORPORATE DISCLOSURE STATEMENT by Midland Credit Management, Inc. identifying Corporate Parent Encore Capital Group, Inc. for Midland Credit Management, Inc... (Johnson, Jay) (Entered: 02/06/2008) |
| 02/06/2008 | | Certified Copy of Notice of Removal Provided to Defense Counsel Mail (Johnson, Jay) (Entered: 02/06/2008) |
| 02/06/2008 | | Filing fee: $ 350.00, receipt number 001491 for 1 Notice of Removal (Diskes, Sheila) (Entered: 02/06/2008) |
| 02/12/2008 | 3 | MOTION to Dismiss by Midland Credit Management, Inc..(Ward, Carla) (Entered: 02/12/2008) |
| 02/12/2008 | 4 | MEMORANDUM in Support re 3 MOTION to Dismiss filed by Midland Credit Management, Inc.. (Attachments: # 1 Exhibit A)(Ward, Carla) (Entered: 02/12/2008) |
| 02/19/2008 | 5 | MOTION to Remand to State Court by Michael Alan Crooker.(York, Steve) (Entered: 02/20/2008) |
| 02/21/2008 | 6 | STATE COURT Record. (Ward, Carla) (Entered: 02/21/2008) |
| 02/29/2008 | 7 | Opposition re 3 MOTION to Dismiss filed by Michael Alan Crooker. (York, Steve) (Entered: 03/03/2008) |
| 03/04/2008 | 8 | Opposition re 5 MOTION to Remand to State Court filed by Midland Credit Management, Inc.. (Ward, Carla) (Entered: 03/04/2008) |
| 03/27/2008 | 9 | MOTION to Compel Discovery by Michael Alan Crooker.(York, Steve) (Entered: 04/01/2008) |
| 04/01/2008 | 10 | Opposition re 9 MOTION to Compel filed by Midland Credit Management, Inc.. (Ward, Carla) (Entered: 04/01/2008) |
| 04/07/2008 | | Judge William G. Young: Electronic ORDER entered denying 9 Motion to Compel "Motion denied. Discovery is stayed until resolution of the motion to dismiss, which is this day taken under advisement without hearing." (Smith, Bonnie) (Entered: 04/07/2008) |

**EXHIBIT A**

| 04/08/2008 | | Judge William G. Young: Electronic ORDER entered denying 5 Motion to Remand to State Court (Hourihan, Lisa) (Entered: 04/08/2008) |
|---|---|---|
| 04/08/2008 | | Judge William G. Young: Electronic ORDER entered granting 3 Motion to Dismiss. This ruling does not, of course, impact the ability of any of the present plaintiff's family members from bringing a like action in their own names and on their own behalf. (Hourihan, Lisa) (Entered: 04/08/2008) |
| 04/08/2008 | 11 | Judge William G. Young: ORDER entered. JUDGMENT in favor of defendant against plaintiff(Hourihan, Lisa) (Entered: 04/08/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/19/2008 17:22:40 | | | |
| PACER Login: | mk0022 | Client Code: | MCMI-106 |
| Description: | Docket Report | Search Criteria: | 1:08-cv-10189-RCL |
| Billable Pages: | 2 | Cost: | 0.16 |

**EXHIBIT A**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MICHAEL ALAN CROOKER**

V.                                             CIVIL ACTION NO. <u>08-10189-RCL</u>

**MIDLAND CREDIT MANAGEMENT**

**JUDGMENT OF DISMISSAL**

YOUNG, D.J.

In accordance with the Court's Order of <u>April 7, 2008</u> allowing the motion to dismiss of the defendant, Judgment is hereby entered as follows: <u>Judgment for the defendant Midland Credit Management</u> dismissing this action.

April 8, 2008                                    /s/ Lisa M. Hourihan
                                                 Deputy Clerk

**EXHIBIT B**

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.
SUPERIOR COURT
CIVIL ACTION
NO. 07-5439

MICHAEL ALAN CROOKER,

PLAINTIFF

V

MIDLAND CREDIT MANAGEMENT

DEFENDANT

COMPLAINT UNDER THE FAIR
DEBT COLLECTION PRACTICES
ACTS

## JURISDICTION

(1) This is a civil action against a debt collector pursuant to the state and federal Fair Debt Collection Practices Acts. The Superior Courts of the Commonwealth have concurrent jurisdiction with the federal courts pursuant to 15 U.S.C. 1692K(d).

## PARTIES

(2) The Plaintiff is a citizen and resident of Massachusetts. He is currently confined pursuant to a jury-tried judgment of the United States District Court for the District of Massachusetts, United States v. Crooker, CR-04-30033-MAP which is presently on appeal to the First Circuit U.S. Court of Appeals, No. 07-1964. Plaintiff's address is Prisoner No. 93631-158; Federal Correctional Institution I - Victorville, P.O. Box 5300, Adelanto, California 92301.

(3) The defendant whose business address is P.O. Box 939019, San Diego, California 92193 is a debt collector as defined in 15 U.S.C. 1692a(6). Defendant's street address is 8875 Aero Dr., Ste. 200, San Diego, CA 92123.

## FACTS

(4) Defendant purchased a credit card debt of the plaintiff's, to wit, Citibank $3,673 #851442.

(5) Defendant has sent many demand letters to plaintiff's family members while plaintiff has been detained.

EXHIBIT C

-2-

(6) Defendant has telephoned plaintiff's family members at unusual hours of the daytime and nighttime.

(7) Defendant's contacts have continued even though they were informed that plaintiff is in official detention.

(8) Defendant threatened plaintiff's family that he would be charged with credit fraud and his detention lengthened if the debt was not paid.

## LEGAL CLAIMS

(9) The facts described above in paragraph (5) constitute a violation of 15 U.S.C. 1692c(b).

(10) The facts described above in paragraph (6) constitute a violation of 15 U.S.C. 1692c(a)(1) as well as 1692d(5) and (6).

(11) The facts described above in paragraph (8) constitute a violation of 15 U.S.C. 1692e(4).

## RELIEF

WHEREFORE, plaintiff requests $150,000 in compensatory damages, attorneys' fees and costs, a jury trial on all issues triable, appointment of counsel, and such other and further relief as the court deems just and proper.

Respectfully submitted,

Michael Alan Crooker, pro se
Prisoner No. 03631-158
Federal Correctional Institution - 1 -
Victorville
P.O. Box 5300
Adelanto, CA 92301

Dated: 11-23-2007

EXHIBIT C