| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated)<br>Crooker v. Midland Credit Management | | |
| ATTORNEY(S) NAME AND ADDRESS<br>Tina M. Pivonka, Esq.<br>**MULVANEY, KAHAN & BARRY**<br>401 West A Street, 17th Floor<br>San Diego, CA 92101-7994 | TELEPHONE<br>619 238-1010<br><br>FAX<br>619-238-1010 | |
| ATTORNEY(S) FOR:<br>Midland Credit Management, Inc. | HEARING DATE-TIME-DEPT<br>10/3/08—1:30 p.m.—Dept. 10 | CASE NUMBER<br>08 CV 1351 DMS RBB |

## DECLARATION OF SERVICE BY MAIL

I, Jere Conley, declare that: I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, within which county the subject mailing occurred; my business address is 401 West "A" Street, San Diego, California, 92101-7994; I am familiar with Mulvaney, Kahan & Barry's practice for collection and processing correspondence for mailing with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business. I served the following documents:

**NOTICE OF MOTION AND MOTION OF DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. FOR JUDGMENT ON THE PLEADINGS**

**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS**

by placing a true copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

Michael Crooker                                                                                           *Plaintiff in pro se*
Prisoner No. 03631-158
Federal Correctional Institution - 1
PO Box 5300
Adelanto, CA 92301

I then sealed each envelope and placed each for collection and mailing on August 28, 2008, following ordinary business practices.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on August 28, 2008 at San Diego, California.

*/s/ Jere Conley*
JERE CONLEY

1
**DECLARATION OF SERVICE BY MAIL**

MCMI.106.191763.1