1  John A. Mayers, Esq./CSB #149149
   Tina M. Pivonka, Esq./CSB #090268
2  MULVANEY, KAHAN & BARRY
   401 West A Street, 17th Floor
3  San Diego, CA 92101-7994
   Telephone:  619 238-1010
4  Facsimile:  619 238-1981

5  Attorneys for Defendant MIDLAND CREDIT
   MANAGEMENT, INC.

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 MICHAEL ALAN CROOKER,                  CASE NO.  08 CV 1351 DMS RBB
11            Plaintiff,
12 v.                                     DECLARATION OF JOHN A. MAYERS IN
                                          SUPPORT OF DEFENDANT'S EX PARTE
13 MIDLAND CREDIT MANAGEMENT,             APPLICATION TO CONTINUE ENE SET
                                          ON AUGUST 29, 2008
14           Defendant.
                                          DATE:  August 28, 2008
15                                        TIME:  N/A
                                          CTRM:  Mag. Ruben B. Brooks

19     I, John A. Mayers, declare:

20     1.   I am an attorney at law licensed to practice in the State of California and am admitted to practice in the United States District Court for the Southern District of California. I am a member of Mulvaney, Kahan & Barry and am one of the attorneys of record for Defendant MIDLAND CREDIT MANAGEMENT, INC., erroneously sued as MIDLAND CREDIT MANAGEMENT ("Midland"), in this action. The following is based on my personal knowledge and I would competently testify to the following.

26     2.   Plaintiff originally filed this action in the San Diego Superior Court. The Complaint alleges violations of 15 U.S.C. Sections 1692c(b), 1692c(a)(1), 1692d(5), 1692d(6), and 1692e(4) (the Fair Debt Collection Practices Act). Midland removed the

1  action to federal court and Plaintiff's Motion to Remand followed.  The hearing on the
2  Motion for Remand is set on October 3, 2008.

3      3.    On August 28, 2008, Midland filed its Motion for Judgment on the
4  Pleadings on the grounds (1) the Complaint does not allege conduct directed to Plaintiff
5  and, thus, fails to state a claim upon which relief may be granted, and (2) Plaintiff filed a
6  similar claim in Massachusetts earlier this year which was dismissed and, thus, is
7  barred by the doctrine of res judicata.  The hearing on the Motion for Judgment on the
8  Pleadings is also set on October 3, 2008.  (A copy of the Memorandum of Points and
9  Authorities is attached to Midland's Ex Parte Application.)

10      4.    Midland contends Plaintiff's action is frivolous and specious and believes
11  the entire action will be dismissed with prejudice based on the pending Motion for
12  Judgment on the Pleadings.  Midland does not wish to set a precedent by settling
13  frivolous and specious cases without first bringing its motion to dismiss/judgment on the
14  pleadings.  Midland respectfully requests that it not be required to participate in
15  settlement discussions or begin discovery until the dispositive motion is heard.
16  Accordingly, Midland requests that the Early Neutral Evaluation Conference be
17  continued to a date after October 3, 2008.

18      I declare under penalty of perjury under the laws of the State of California and
19  the United States that the foregoing is true and correct and that this declaration was
20  executed on August 28, 2008, at San Diego, California.

                                                             John A. Mayers

MCMI.106.191761.1

LAW OFFICES
MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7944
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981

2