| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated)<br>Crooker v. Midland Credit Management | | |
| ATTORNEY(S) NAME AND ADDRESS<br>Tina M. Pivonka, Esq.<br>**MULVANEY, KAHAN & BARRY**<br>401 West A Street, 17th Floor<br>San Diego, CA 92101-7994 | TELEPHONE<br>619 238-1010<br><br>FAX<br>619-238-1010 | |
| ATTORNEY(S) FOR:<br>Midland Credit Management, Inc. | HEARING DATE-TIME-DEPT<br>10/3/08—1:30 p.m.—Dept. 10 | CASE NUMBER<br>08 CV 1351 DMS RBB |

## DECLARATION OF SERVICE BY FAX AND MAIL

I, Jere Conley, declare that: I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, within which county the subject mailing occurred; my business address is 401 West "A" Street, San Diego, California, 92101-7994; I am familiar with Mulvaney, Kahan & Barry's practice for collection and processing correspondence for mailing with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business. I served the following documents:

**DEFENDANT'S EX PARTE APPLICATION TO CONTINUE ENE SET ON AUGUST 29, 2008**

**DECLARATION OF JOHN A. MAYERS IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO CONTINUE ENE SET ON AUGUST 29, 2008**

by placing a true copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows and by faxing an original to each addressee named hereafter on August 28, 2008 at the fax numbers listed respectively as follows:

Michael Crooker  
Prisoner No. 03631-158  
Federal Correctional Institution - 1  
PO Box 5300  
Adelanto, CA 92301  

*Plaintiff in pro se*  
*Fax No. 760-246-2540*

I then sealed each envelope and placed each for collection and mailing on August 28, 2008, following ordinary business practices.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on August 28, 2008 at San Diego, California.

_____  
JERE CONLEY

1  
DECLARATION OF SERVICE BY FAX AND MAIL

MCMI.106.191767.1

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                3336
RECIPIENT ADDRESS       17602462540
DESTINATION ID
ST. TIME                08/28 12:43
TIME USE                08'10
PAGES SENT              12
RESULT                  OK
```

LAW OFFICES
## MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
COLUMBIA CENTER
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7944
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981
WEBSITE: www.mkblaw.com
GENERAL EMAIL mkb@mkblaw.com

## FACSIMILE TRANSMITTAL COVER

| | | | |
|---|---|---|---|
| **Date:** | 8/28/2008 | **CLIENT CODE:** | MCMI-106 |
| | Inmate Michael Crooker, #03631-158 | | |
| | **C/O Case Manager Lewis** | | |
| **To:** | Victorville Correctional | **Fax:** | 760-246-2540 |
| **Attention:** | Case Manager Lewis | **Phone:** | 760-246-2400 |
| **From:** | Jere Conley<br>Assistant to<br>Tina M. Pivonka, Esq. | **E-mail:** | jconley@mkblaw.com<br>tpivonka@mkblaw.com |

**Subject:**

**Documents for service upon Inmate Michael Crooker, #03631-158**

Michael Alan Crooker v. Midland Credit Management, United States District Court, Southern District of California, Case No. 08-CV-1351-DMS-RBB

**Total Number of Pages:** (includes cover page) 12

**Attachments:** *DEFENDANT'S EX PARTE APPLICATION TO CONTINUE ENE SET ON AUGUST 29, 2008; DECLARATION OF JOHN A. MAYERS IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO CONTINUE ENE SET ON AUGUST 29, 2008*