UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN CROOKER, ) | Civil No. 08CV1351 DMS(RBB) |
| ) | |
| Plaintiff, ) | ORDER FOLLOWING EARLY NEUTRAL |
| ) | EVALUATION CONFERENCE, SETTING |
| v. ) | RULE 26 COMPLIANCE AND NOTICE |
| ) | OF CASE MANAGEMENT CONFERENCE |
| MIDLAND CREDIT MANAGEMENT, ) | |
| ) | |
| Defendant. ) | |

On August 29, 2008, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before November 7, 2008.

1       3.  No discovery plan is required.

2       4.  The initial disclosures pursuant to rule 26(a)(1)(A-D)
3  shall occur on or before November 7, 2008.

4       5.  Counsel, all parties, and any other person(s) whose
5  authority is required to negotiate and enter into a settlement
6  shall appear in person on March 4, 2009, at 8:30 a.m. in the
7  chambers of United States Magistrate Judge Ruben B. Brooks, U.S.
8  Courts Building, 940 Front Street, Room 1185, San Diego,
9  California, 92101-8926, for a further settlement conference.

10      Plaintiff's(s') counsel shall serve a copy of this order on
11 all parties that enter this case after the date of this order.

12      Failure of any counsel or party to comply with this order may
13 result in sanctions.

14      IT IS SO ORDERED.

16 DATED: August 29, 2008
                                    Ruben B. Brooks
17                                  United States Magistrate Judge

18 cc:
   Judge Sabraw
19 All Parties of Record