### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

CROOKER v. MIDLAND CREDIT MANAGEMENT    Case No. 08CV1351 DMS(RBB)
**Time Spent: 15 min.**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr.

Attorneys

Plaintiffs    Defendants

Michael Alan Crooker (Pro Per by phone)    John Mayers (present)

PROCEEDINGS:    X  In Chambers    ___ In Court    ___ Telephonic

Defendant's late submitted Ex Parte Application to Continue Early Neutral Evaluation Conference is DENIED.

An early neutral evaluation conference and case management conference were held.

An order to show cause was issued for Defendant Midland Credit Management's failure to appear.

An order to show cause hearing for Defendant Midland Credit Management's absence at the early neutral evaluation conference and failure to have a representative attend is set for March 4, 2009, at 8:30 a.m.

Any opposition to the order to show cause must be filed by November 7, 2008.

A mandatory settlement conference will be held on March 4, 2009, at 8:30 a.m. **Plaintiff to appear telephonically. All other parties and counsel shall be present at the conference. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate**. Mandatory settlement conference briefs shall be submitted to Magistrate Judge Brooks's chambers on or before February 27, 2009.

DATE: August 29, 2008    IT IS SO ORDERED:    *Ruben Brooks*
                                             Ruben B. Brooks,
                                             U.S. Magistrate Judge
cc:  Judge Sabraw    INITIALS: VL (mg/irc) Deputy
     All Parties of Record